AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schanzle-Haskins, Thomas P. | United States District Court Central District of Illinois | 04/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge (full-time) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

600 East Monroe, Rm 124
Springfield, IL 62701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 04/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/2019 | State of Illinois Retirement |
| 2. | 10/2019 | Family Farm Rental |
| 3. | 1-12/2019 | Midwest Region Organizing Comm, LIUNA |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schanzle-Haskins, Thomas P.** | 04/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank, Springfield, Illinois | Unsecured line of credit | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schanzle-Haskins, Thomas P.** | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. John Hancock Life Insurance Policy | | None | K | T | | | | | |
| 2. Interest bearing check acct, Illinois National Bank, Springfield, IL | A | Interest | J | T | | | | | |
| 3. Wells Fargo Savings Account | A | Interest | J | T | | | | | |
| 4. CAIBX Capital Income Builder | B | Dividend | | | Sold | 11/15/19 | K | B | |
| 5. AGTHX Gr Fd of Am | A | Dividend | L | T | | | | | |
| 6. AMECX Income Fd of Am | C | Dividend | L | T | | | | | |
| 7. AIVSX Investment Co. of Am | B | Dividend | L | T | | | | | |
| 8. ANWPX New Perspective | A | Dividend | L | T | | | | | |
| 9. SMCWX Small Cap World FD | A | Dividend | | | Sold | 10/02/19 | K | E | |
| 10. ASBAX Short Term BD FD | A | Interest | J | T | | | | | |
| 11. AMZN Amazon Com Inc. | | None | J | T | | | | | |
| 12. AMZN Amazon Com Inc. | | None | J | T | | | | | |
| 13. NEWFX New World Fd | A | Dividend | J | T | | | | | |
| 14. LSWWX Loomis S Gl Alloc | A | Dividend | K | T | Sold (part) | 10/18/19 | J | A | |
| 15. LSWWX Loomis S Gl Alloc | B | Dividend | K | T | | | | | |
| 16. QQQ Nasdaq 100 ETF | A | Dividend | K | T | Sold (part) | 10/18/19 | J | A | |
| 17. DFIEX DFA Intl Core Eqty Port Instl | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. DFUVX DFA Large Cap Value III Portfolio | | None | J | T | | | | | |
| 19. DISVX DFA Intl Small Cap Value Port Instl | | None | J | T | | | | | |
| 20. DFCEX DFA Emerging Mkts Core Eqty Port Instl | | None | J | T | | | | | |
| 21. BOSVX Bridgeway Omni Sm Cap Value Fd | | None | K | T | | | | | |
| 22. DFVIX DFA Intl Value III Port | | None | J | T | | | | | |
| 23. DFXIX DFA Diversified Fixed Incm Port Inst | | None | M | T | | | | | |
| 24. DFQTX DFA US Core Eqty 2 Port Instl | | None | K | T | | | | | |
| 25. Schwab Money Market | C | Int./Div. | J | T | | | | | |
| 26. FNSXX Fidelity Money Market | A | Dividend | K | T | Sold (part) | 11/05/19 | J | A | |
| 27. CI Cigna Corp | A | Dividend | | | Sold | 03/05/19 | J | A | |
| 28. STZ Constellation Brands | A | Dividend | | | Sold | 02/04/19 | J | A | |
| 29. IHI IShares Med Devices | A | Dividend | | | Sold | 04/22/19 | J | A | |
| 30. MA Mastercard | A | Dividend | J | T | Sold (part) | 10/08/19 | J | A | |
| 31. SYY Sysco | | None | | | Sold | 08/06/19 | J | A | |
| 32. GILHX Guggenheim Ltd Dur | A | Interest | | | Sold | 01/08/19 | K | A | |
| 33. HRS Harris Corp | A | Dividend | J | T | Sold (part) | 10/29/19 | J | A | |
| 34. AWSHX Washington Mutual | A | Dividend | K | T | Buy | 10/02/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schanzle-Haskins, Thomas P. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions )*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JBALX Janus Hend Bal FD | A | Dividend | K | T | Buy | 06/18/19 | K | | |
| 36. RPBAX T Rowe Price Bal | A | Dividend | | | Buy | 01/09/19 | K | | |
| 37. RPBAX T Rowe Price Bal | A | Dividend | | | Sold | 06/18/19 | K | B | |
| 38. AMZN Amazon | | None | J | T | Buy | 03/18/19 | J | | |
| 39. MA Mastercard | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 40. VBK Vanguard Sm Cap | A | Dividend | J | T | Buy | 02/04/19 | J | | |
| 41. VBK Vanguard Sm Cap | A | Dividend | | | Sold | 08/15/19 | J | A | |
| 42. VBK Vanguard Sm Cap | A | Dividend | J | T | Buy | 11/05/19 | J | | |
| 43. XMMO Invesco Mid Cap | A | Dividend | J | T | Buy | 02/28/19 | J | | |
| 44. MSFT Microsoft | | None | J | T | Buy | 10/29/19 | J | | |
| 45. DIS Disney | A | Dividend | J | T | Buy | 10/18/19 | J | | |
| 46. CMCSA Comcast | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 47. CMCSA Comcast | A | Dividend | J | T | Sold (part) | 10/18/19 | J | A | |
| 48. JBHT JB Hunt Trans | | None | | | Buy | 04/22/19 | J | | |
| 49. JBHT JB Hunt Trans | | None | | | Sold | 05/28/19 | J | A | |
| 50. UNP Union Pacific RR | | None | | | Buy | 05/28/19 | J | | |
| 51. UNP Union Pacific RR | | None | | | Sold | 08/06/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schanzle-Haskins, Thomas P.** | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas P. Schanzle-Haskins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544